UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRETCHEN WOODHOUSE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No.  CV-13-00345-FVS<br><br><br>ORDER FOR REMAND |

The parties filed a stipulated motion for remand. (**ECF No. 18**.) After consideration,

IT IS ORDERED that the **motion is granted**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to:  (1) further develop and update the medical record; (2) hold a *de novo* hearing; and (3) issue a new decision. Specifically, the ALJ shall:

Page 1    ORDER FOR REMAND

- Further develop the record with respect to plaintiff's Veterans Administration disability rating determinations;
- Further evaluate all relevant evidence in the updated record, including all treating and non-treating acceptable medical source evidence, and all other source evidence, and give reasons for the weight assigned in accordance with applicable regulations;
- Further evaluate whether plaintiff's post-traumatic stress disorder is a severe impairment;
- Further evaluate plaintiff's residual functional capacity and whether she can perform past relevant work;
- If necessary, obtain supplemental vocational expert testimony and further evaluate whether there are a significant number of jobs in the national economy that plaintiff can perform.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED June 11, 2014.

*s/Fred Van Sickle*
Fred Van Sickle
Senior Unites States District Judge

Page 2    ORDER FOR REMAND